JULIO J. RAMOS (SBN. 189944)
ramosfortrustee@yahoo.com
LAW OFFICES OF JULIO J. RAMOS
35 Grove Street, Suite 107
San Francisco, California 94102
Telephone:   (415) 948-3015
Facsimile:    (415) 469-9787

Steven M. Nuñez (SBN. 185421)
steve@wardhagen.com
WARD & HAGEN, LLP
440 Stevens Ave., Ste. 350
Solana Beach, CA 92075
Telephone:   (858) 847-0505
Facsimile:    (858) 847-0105

Attorneys for Plaintiff MILA CABRERA

INITIAL CASE MANAGEMENT CONFERENCE CONTINUED TO MARCH 23, 2012, AT 2:30 P.M.

**IT IS SO ORDERED**
Judge Susan Illston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILA CABRERA on behalf of herself and a class of persons similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTRYWIDE FINANCIAL, COUNTRYWIDE HOME LOANS INC., DBA AMERICA'S WHOLESALE LENDER, COUNTRYWIDE BANK, FSB, BANK OF AMERICA INC.<br><br>    Defendants. | Case No. 11-cv-04869-(SI)<br><br>**REQUEST FOR 60 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE SET FOR JANUARY 20, 2012**<br><br>ORDER |

Plaintiffs' through their counsel respectfully request that a 60 day continuance of the initial case management conference be granted. The complaint has not been served due to the fact that an intervening complaint and consent judgment by the United States Department of Justice against the same defendants arising from similar facts and circumstance to the present action was filed on

**REQUEST FOR 60 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE SET FOR JANUARY 20, 2012**

1  December 21, 2011 in the Central District of California.  (SEE ATTACHED
2  EXHIBIT A, a true and correct copy of the complaint in *United States v.*
3  *Countrywide et. al., 11-10540 (PSG))*.  The Plaintiffs are preparing
4  correspondence to the United States Justice Department to advise them of the
5  pendency of the present action; our intent is to ultimately establish whether
6  coordination with the present action is suitable and proper in the Central District
7  of California.  Accordingly, a continuance of 60 days is justified under the
8  circumstances and will possibly expedite the disposition of the action in total.

Dated: January 10, 2012

                BY: */s/ Julio J. Ramos*
                JULIO J. RAMOS (SBN. 189944)
                ramosfortrustee@yahoo.com
                LAW OFFICES OF JULIO J. RAMOS
                35 Grove Street, Suite 107
                San Francisco, California 94102
                Telephone:   (415) 948-3015
                Facsimile:     (415) 469-9787

                Attorney for Plaintiff MILA CABRERA

-1-
**REQUEST FOR 60 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE SET FOR JANUARY 20, 2012**