The case management conference is continued to 5/4/12 @ 2:30 p.m.

**IT IS SO ORDERED**
Judge Susan Illston

JULIO J. RAMOS (SBN. 189944)
ramosfortrustee@yahoo.com
LAW OFFICES OF JULIO J. RAMOS
35 Grove Street, Suite 107
San Francisco, California 94102
Telephone:    (415) 948-3015
Facsimile:     (415) 469-9787

Steven M. Nuñez (SBN. 185421)
steve@wardhagen.com
WARD & HAGEN, LLP
440 Stevens Ave., Ste. 350
Solana Beach, CA 92075
Telephone:    (858) 847-0505
Facsimile:     (858) 847-0105

Attorneys for Plaintiff MILA CABRERA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILA CABRERA et. al., ) | Case No. 11-cv-04869-(SI) |
| Plaintiffs, ) | **REQUEST FOR 30 DAY** |
| ) | **CONTINUANCE OF INITIAL CASE** |
| vs. ) | **MANAGEMENT CONFERENCE SET** |
| ) | **FOR MARCH 23, 2012** |
| COUNTRYWIDE FINANCIAL, ) | |
| COUNTRYWIDE HOME LOANS INC., ) | |
| DBA AMERICA'S WHOLESALE ) | |
| LENDER, COUNTRYWIDE BANK, ) | |
| FSB, BANK OF AMERICA INC. ) | |
| ) | |
| Defendants. ) | |

Plaintiffs' through their counsel respectfully request that a 30 day continuance of the initial case management conference be granted.  Co-counsel in this matter has initiated communication with the Justice Department regarding coordination in the Central District of California in the related matter of *United States v. Countrywide et. al., 11-10540 (PSG))*.  Attached is a copy of the

**REQUEST FOR 30 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE SET FOR MARCH 23, 2012**

1  communication.  Exhibit A.  Accordingly, a continuance of 30 days is justified
2  under the circumstances and will possibly expedite the disposition of the action in
3  total.

4  Dated: March 14, 2012

5                                BY: */s/ Julio J. Ramos*
                              JULIO J. RAMOS (SBN. 189944)
6                                ramosfortrustee@yahoo.com
7                                LAW OFFICES OF JULIO J. RAMOS
                              35 Grove Street, Suite 107
8                                San Francisco, California 94102
                              Telephone:    (415) 948-3015
9                                Facsimile:    (415) 469-9787

10
                              Attorney for Plaintiff MILA CABRERA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-1-
28  **REQUEST FOR 30 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE SET FOR MARCH  23, 2012**