The case management conference is continued to 5/4/12 @ 2:30 p.m.

**IT IS SO ORDERED**
Judge Susan Illston

JULIO J. RAMOS (SBN. 189944)
ramosfortrustee@yahoo.com
LAW OFFICES OF JULIO J. RAMOS
35 Grove Street, Suite 107
San Francisco, California 94102
Telephone:   (415) 948-3015
Facsimile:   (415) 469-9787

Steven M. Nuñez (SBN. 185421)
steve@wardhagen.com
WARD & HAGEN, LLP
440 Stevens Ave., Ste. 350
Solana Beach, CA 92075
Telephone:   (858) 847-0505
Facsimile:   (858) 847-0105

Attorneys for Plaintiff MILA CABRERA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILA CABRERA et. al., | ) Case No. 11-cv-04869-(SI) |
| Plaintiffs, | ) **REQUEST FOR 30 DAY** |
| vs. | ) **CONTINUANCE OF INITIAL CASE** |
| | ) **MANAGEMENT CONFERENCE SET** |
| COUNTRYWIDE FINANCIAL, | ) **FOR MARCH 23, 2012** |
| COUNTRYWIDE HOME LOANS INC., | ) |
| DBA AMERICA'S WHOLESALE | ) |
| LENDER, COUNTRYWIDE BANK, | ) |
| FSB, BANK OF AMERICA INC. | ) |
| Defendants. | ) |

Plaintiffs' through their counsel respectfully request that a 30 day continuance of the initial case management conference be granted.  Co-counsel in this matter has initiated communication with the Justice Department regarding coordination in the Central District of California in the related matter of *United States v. Countrywide et. al., 11-10540 (PSG))*.  Attached is a copy of the

**REQUEST FOR 30 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE SET FOR MARCH  23, 2012**

communication.  Exhibit A.  Accordingly, a continuance of 30 days is justified under the circumstances and will possibly expedite the disposition of the action in total.

Dated: March 14, 2012

                          BY: */s/ Julio J. Ramos*
                          JULIO J. RAMOS (SBN. 189944)
                          ramosfortrustee@yahoo.com
                          LAW OFFICES OF JULIO J. RAMOS
                          35 Grove Street, Suite 107
                          San Francisco, California 94102
                          Telephone:    (415) 948-3015
                          Facsimile:    (415) 469-9787

                          Attorney for Plaintiff MILA CABRERA

---

-1-
**REQUEST FOR 30 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE SET FOR MARCH  23, 2012**