Brooks R. Brown (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL CABRERA AND MILA CABRERA ON behalf of herself and a class of persons similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS INC., dba America's Wholesale Lender; COUNTRYWIDE FINANICAL FSB, BANK OF AMERICA, INC.,<br><br>  Defendants. | Case No. 3:11-cv-04869-SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO 60 DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  ___August 24___, 2012<br>Time:  2:30 p.m.<br>Courtroom:  10<br>Judge:  Hon Susan Illston |

LIBA/2313205.1

[Proposed] ORDER Granting Stipulation to 60 Day
Continuance of Initial Case Management Conference          Case No. 3-11-cv-04869-SI

1 | Upon consideration of the Parties' Stipulation to Continue Initial Case Management
2 | Conference, and for good cause having been shown, IT IS HEREBY ORDERED THAT the Initial
3 | Case Management Conference currently scheduled for June 29, 2012 is continued to
4 | _____August 24,_____, 2012 at 2:30 p.m.
5 | **IT IS SO ORDERED**.

8 | Dated: ___6/21_____, 2012

HON SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

LIBA/2313205.1                                           1

[Proposed] ORDER Granting Stipulation to 60 Day
Continuance of Initial Case Management Conference                    Case No. 3-11-cv-04869-SI

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **June 20, 2012**.

                                                /s/ Brooks R. Brown
                                                    (Signature)

LIBA/2313205.1    1

[Proposed] ORDER Granting Stipulation to 60 Day
Continuance of Initial Case Management Conference      Case No. 3-11-cv-04869-SI