1 | BROOKS R. BROWN (SBN 250724)
  | *bbrown@goodwinprocter.com*
2 | **GOODWIN PROCTER LLP**
  | 601 S Figueroa St., 41st Floor
3 | Los Angeles, California  90017
  | Tel.:  213.426.2500
4 | Fax.:  213.623.1673

5 | MATTHEW S. SHELDON (admitted pro hac vice)
  | *msheldon@goodwinprocter.com*
6 | DANIEL E. ZYTNICK (admitted pro hac vice)
  | *dzytnick@goodwinprocter.com*
7 | **GOODWIN PROCTER LLP**
  | 901 New York Avenue, N.W.
8 | Washington, DC 20001-4432
  | Tel.: 202.346.4000
9 | Fax: 202.346.4444

10 | Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MANUEL CABRERA AND MILA CABRERA ON behalf of herself and a class of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL; COUNTRYWIDE HOME LOANS INC., d/b/a America's Wholesale Lender; COUNTRYWIDE BANK FSB; BANK OF AMERICA INC.,<br><br>Defendants. | Case No. 3:11-cv-04869-SI<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE (1) DEADLINES AND HEARING FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND (2) CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:     10<br>Judge:          Hon Susan Illston<br><br>Current Motion Response Date: Sept. 5, 2012<br>Proposed Response Date: Sept. 19, 2012<br><br>Current Motion Reply Date: Sept. 12, 2012<br>Proposed Reply Date: Oct. 3, 2012<br><br>Current Motion Hearing Date: Sept. 28, 2012<br>Proposed Hearing Date: Nov. 2, 2012<br><br>Current CMC Date: Sept. 28, 2012<br>Proposed CMC Date: Nov. 2, 2012 |

---

[Proposed] ORDER Granting Stipulation for Extension
of Time for Defendants to Respond to Complaint                     Case No. 3-11-cv-04869-SI

1       **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

2       For good cause shown in the Joint Stipulation to Continue Deadlines And Hearing For Motion To Dismiss First Amended Complaint And Case Management Conference, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that

      Plaintiffs shall have through and including September 19, 2012 to file an opposition to Defendants' Motion to Dismiss the First Amended Complaint ("the Motion");

      Defendants shall have through and including October 3, 2012 to file reply in support of the Motion;

      The hearing on the Motion shall be continued until November 2, 2012;

      The Case Management Conference shall be continued until November 2, 2012.

      **IT IS SO ORDERED.**

Dated:  9/5 , 2012

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

1

[Proposed] ORDER Granting Stipulation for Extension
of Time for Defendants to Respond to Complaint      Case No. 3-11-cv-04869-SI