BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, CA  90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorneys for Defendant

JULIO J. RAMOS (SBN 189944)
*ramosfortrustee@yahoo.com*
**LAW OFFICES OF JULIO J. RAMOS**
35 Grove Street, Suite 107
San Francisco, CA  94102
Tel. 415.948.3015
Fax. 415.469.9787

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL CABRERA,<br><br>   Plaintiff, individually and on behalf of the general public,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS INC., dba America's Wholesale Lender,<br><br>   Defendant. | Case No. 3:11-cv-04869-SI<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S FILING OF A SECOND AMENDED COMPLAINT AND DEFENDANT'S TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT<br><br>Courtroom: 10<br>Judge:  Hon Susan Illston |

The initial case management conference has been continued from 1/18/13 to 3/29/13, at 2:30 p.m.

LIBW/1846396.1

[Proposed] ORDER GRANTING STIPULATION RE: PLAINTIFF'S
FILING OF A SAC AND DEFENDANTS' TIME TO RESPOND TO THE SAC Case No. 3-11-cv-04869-SI

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S FILING OF A SECOND AMENDED COMPLAINT AND DEFENDANT'S TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

Upon consideration of the Parties' *Stipulation Regarding Plaintiff's Filing Of A Second Amended Complaint And Defendant's Time To Respond To The Second Amended Complaint* and for good cause having been shown, IT IS HEREBY ORDERED THAT

1. Plaintiff shall have through and including November 28, 2012 to file a second amended complaint;

2. Defendants shall have through and including December 21, 2012 to file an answer or otherwise file a responsive pleading to the second amended complaint;

3. In light of the filing of the contemplated second amended complaint, Defendant shall have no obligation to answer so much of the Plaintiff's original complaint as remains following this Court's dismissal order (DKT. No. 40);

4. If Plaintiff asserts claims in his contemplated second amended complaint against the dismissed defendants previously named as "Countrywide Bank FSB," "Countrywide Financial," or "Bank of America, Inc.," these defendants shall also have up to and including December 21, 2012 to answer or otherwise plead a response to the contemplated second amended complaint;

5. If a motion to dismiss is filed in response to the contemplated second amended complaint, the Case Management Conference currently scheduled for January 18, 2013 shall be continued until a date convenient to the Court after the completion of briefing on the motion.

**IT IS SO ORDERED.**

Dated: ___11/14_____, 2012      _____
                                        HON SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **November 13, 2012**.

                                          /s/ Brooks R. Brown
                                                   (Signature)

LIBW/1846396.1                                   1

[Proposed] ORDER GRANTING STIPULATION RE: PLAINTIFF'S
FILING OF A SAC AND DEFENDANTS' TIME TO RESPOND TO THE SAC    Case No. 3-11-cv-04869-SI