IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL CABRERA, *et al.*,

    Plaintiffs,

  v.

COUNTRYWIDE HOME LOANS,

    Defendant.

No. C 11-4869 SI

**ORDER DIRECTING PLAINTIFFS TO SUBMIT AN OFFER OF PROOF**

Plaintiffs' supplemental brief filed on February 18, 2013, asserts for the first time that their claim under the Equal Credit Opportunity Act, 15 U.S.C. §§ 1691-1691f, is not time-barred because, *inter alia*, the statute of limitations was equitably tolled. The Court directs plaintiffs to file by **noon on February 21, 2013**, an offer of proof regarding plaintiffs' allegations of equitable tolling. Plaintiffs shall also identify any legal authority holding that ECOA's statute of limitations may be equitably tolled.

The parties shall be prepared to address equitable tolling at the February 22, 2013 hearing.

**IT IS SO ORDERED.**

Dated: February 19, 2013

                                          SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE