1  BROOKS R. BROWN (SBN 250724)
   *bbrown@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   601 S. Figueroa St., 41st Floor
3  Los Angeles, CA 90017
   Tel.: 213.426.2500
4  Fax.: 213.623.1673

5  Attorneys for Defendants

6  JULIO J. RAMOS (SBN 189944)
   *ramosfortrustee@yahoo.com*
7  **LAW OFFICES OF JULIO J. RAMOS**
   35 Grove Street, Suite 107
8  San Francisco, CA 94102
   Tel. 415.948.3015
9  Fax. 415.469.9787

10 Attorneys for Plaintiff

11 [*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MANUEL CABRERA individually and behalf of the general public and a class of similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS INC. d/b/a America's Wholesale Lender; BANK OF AMERICA INC.; BAC HOME LOAN SERVICING LP f/k/a Countrywide Home Loans Servicing LP<br><br>            Defendants. | Case No. 3:11-cv-04869-SI<br><br>**STIPULATION REGARDING REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:         July 12, 2013<br>Time:         3:00 p.m.<br>Courtroom: 10<br>Judge:        Hon Susan Illston<br>                   450 Golden Gate Avenue<br>                   San Francisco, CA 94102 |

LIBW/1873058.2

STIPULATION RE: REQUEST TO
CONTINUE CASE MANAGEMENT CONFERENCE                                           Case No. 3:11-cv-04869-SI

**STIPULATION**

Plaintiff Manuel Cabrera ("Plaintiff" or "Cabrera"), and Defendant Bank of America, N.A., successor by merger to BAC Home Loan Servicing LP[1] ("Defendant"), (collectively with Plaintiff, the "parties") join in this stipulated request pursuant to Civil Local Rule 7-1 to continue the Further Case Management Conference scheduled for Friday July 12, 2013 in order for the parties to document their agreed-upon settlement and file an appropriate stipulated dismissal order with the Court.

WHEREAS, on September 30, 2011 Plaintiff filed his Class Action Complaint ("Complaint") against Defendant.  *See* Docket No. 1.

WHEREAS, on July 25, 2012 Plaintiff filed his Amended Class Action Complaint ("FAC") against Defendant.  *See* Docket No. 22.

WHEREAS, on August 22, 2012 Defendants filed their Motion to Dismiss the amended Complaint ("FAC").  *See* Docket No. 33.

WHEREAS, on October 30, 2012 the Court issued an order granting in part and denying in part Defendants' Motion to Dismiss the FAC.  *See* Docket No. 40.

WHEREAS, on November 28, 2012 Plaintiff filed his Second Amended Class Action Complaint ("SAC") against Defendant.  *See* Docket No. 43.

WHEREAS, on December 21, 2012 Defendants filed their Motion to Dismiss the SAC. *See* Docket No. 46.

WHEREAS, on April 2, 2013 the Court issued an order granting in part and denying in part Defendants' Motion to Dismiss the SAC.  *See* Docket No. 64.

WHEREAS, on April 16, 2013 Defendants filed an answer to the SAC denying all liability.  *See* Docket No. 65.

WHEREAS, on May 6, 2013 the Court issued an order scheduling a Further Case Management Conference for July 12, 2013.  *See* Docket No. 67.

---

[1] To the extent previously named-defendants Countrywide Home Loans Inc. d/b/a America's Wholesale Lender, and "Bank of America Inc.," have not already been dismissed from this litigation, they join in this stipulation.

1  WHEREAS, on June 25, 2013, the parties conducted a mediation before the Hon. David Garcia (ret.) and reached an agreement to settle this litigation and dismiss this matter with prejudice.

WHEREAS, the parties are currently drafting the settlement paperwork and anticipate filing a stipulation of dismissal with prejudice with the Court within the next sixty (60) days.

WHERAS there is a strong judicial policy in favor of amicable resolutions through settlements and the parties agree that a sixty day continuation of the Further Case Management Conference is appropriate in order to allow the parties to complete settlement documentation.

NOW THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that the Further Case Management Conference currently scheduled for July 12, 2013 be continued for a period of at least sixty (60) days.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 3, 2013       By:   /s/ Julio J. Ramos (*with Permission*)
                                JULIO J. RAMOS
                                *ramosfortrustee@yahoo.com*
                                **LAW OFFICES OF JULIO J. RAMOS**
                                35 Grove Street, Suite 107
                                San Francisco, CA  94102
                                Tel. 415.948.3015
                                Fax. 415.469.9787

                                STEVEN M. NUÑEZ (SBN 185421)
                                *steve@wardhagen.com*
                                **WARD & HAGEN, LLP**
                                440 Stevens Avenue, Suite 350
                                Solana Beach, CA  92075
                                Tel. 858.847.0505
                                Fax. 858.847.0105

                                AMY HARRINGTON (SBN 237980)
                                *amy@amyharringtonlaw.com*
                                **LAW OFFICE OF AMY HARRINGTON**
                                35 Grove Street, Suite 117
                                San Francisco, CA 94102
                                Tel: 415.558.7700
                                Fax: 415.558.7702

                                Attorneys for Plaintiff:
                                *Manuel Cabrera*

1

2   Dated:  July 3, 2013                    By:    /s/   Brooks R. Brown
                                                   BROOKS R. BROWN
3                                                  *bbrown@goodwinprocter.com*
                                                   **GOODWIN PROCTER LLP**
4                                                  601 S. Figueroa St., 41st Floor
                                                   Los Angeles, CA  90017
5                                                  Tel.:  213.426.2500
                                                   Fax.:  213.623.1673
6
                                                   ROBERT B. BADER (SBN 233165)
7                                                  *rbader@goodwinprocter.com*
                                                   **GOODWIN PROCTER LLP**
8                                                  Three Embarcadero Center, 24th Floor
                                                   San Francisco, CA 94111
9                                                  Tel: 415.733.6000
                                                   Fax: 415.677.9041
10
                                                   MATTHEW S. SHELDON (admitted pro hac vice)
11                                                 *msheldon@goodwinprocter.com*
                                                   DANIEL E. ZYTNICK (admitted pro hac vice)
12                                                 *dzytnick@goodwinprocter.com*
                                                   **GOODWIN PROCTER LLP**
13                                                 901 New York Avenue, N.W.
                                                   Washington, DC  20001
14                                                 Tel.: 202.346.4000
                                                   Fax: 202.346.4444
15
                                                   Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Stipulation Regarding Request to Continue Scheduling Conference, IT IS HEREBY ORDERED THAT the Stipulation is GRANTED.

The July 12, 2013 case management conference is continued for at least sixty (60) days pending that parties' submission of a stipulation of dismissal or some other further submission of the parties.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___7/8___, 2013

_____
HON SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

The Case Management conference is continued to 9/20/13 at 3:00 p.m.

**ATTESTATION OF SIGNATURE**

**(N.D. Cal. General Order No. 45)**

Pursuant to N.D. Cal. General Order No. 45 § X(B), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained by all the signatories.

                                                                                   /s/ Brooks R. Brown
                                                                                            (Signature)

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **July 3, 2013**.

/s/ Brooks R. Brown
(Signature)