BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, CA  90017
Tel.: 213.426.2500
Fax.: 213.623.1673

Attorneys for Defendants

JULIO J. RAMOS (SBN 189944)
ramosfortrustee@yahoo.com
**LAW OFFICES OF JULIO J. RAMOS**
35 Grove Street, Suite 107
San Francisco, CA  94102
Tel. 415.948.3015
Fax. 415.469.9787

Attorneys for Plaintiff

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL CABRERA individually and behalf of the general public and a class of similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS INC. d/b/a America's Wholesale Lender; BANK OF AMERICA INC.; BAC HOME LOAN SERVICING LP f/k/a Countrywide Home Loans Servicing LP,<br><br>Defendants. | Case No. 3-11-cv-04869-SI<br><br>**STIPULATION REGARDING DISMISSAL OF SECOND AMENDED COMPLAINT WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Courtroom:  10<br>Judge:  Hon Susan Illston<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

**STIPULATION**

This Civil Action having come before the Court on the pleadings and proceedings of record, and it being represented to the Court that plaintiff Manuel Cabrera ("Cabrera") and all defendants in this matter have entered into an agreement that resolves all claims asserted in this action, and by consent of the parties, IT IS HEREBY ORDERED that all of Cabrera's claims against all defendants are hereby dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  August 8, 2013    By:    /s/  Julio J. Ramos
JULIO J. RAMOS
*ramosfortrustee@yahoo.com*
**LAW OFFICES OF JULIO J. RAMOS**
35 Grove Street, Suite 107
San Francisco, CA  94102
Tel. 415.948.3015
Fax. 415.469.9787

STEVEN M. NUÑEZ (SBN 185421)
*steve@wardhagen.com*
**WARD & HAGEN, LLP**
440 Stevens Avenue, Suite 350
Solana Beach, CA  92075
Tel. 858.847.0505
Fax. 858.847.0105

AMY HARRINGTON (SBN 237980)
*amy@amyharringtonlaw.com*
**LAW OFFICE OF AMY HARRINGTON**
35 Grove Street, Suite 117
San Francisco, CA 94102
Tel: 415.558.7700
Fax: 415.558.7702

Attorneys for Plaintiff:
*Manuel Cabrera*

Dated:  August 8, 2013    By:    /s/   Brooks R. Brown
BROOKS R. BROWN
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500

|   |   |
|---|---|
| 1 | Fax.: 213.623.1673 |
| 2 | ROBERT B. BADER (SBN 233165) |
|   | *rbader@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
|   | Three Embarcadero Center, 24th Floor |
| 4 | San Francisco, CA 94111 |
|   | Tel: 415.733.6000 |
| 5 | Fax: 415.677.9041 |
| 6 | MATTHEW S. SHELDON (admitted pro hac vice) |
|   | *msheldon@goodwinprocter.com* |
| 7 | DANIEL E. ZYTNICK (admitted pro hac vice) |
|   | *dzytnick@goodwinprocter.com* |
| 8 | **GOODWIN PROCTER LLP** |
|   | 901 New York Avenue, N.W. |
| 9 | Washington, DC  20001 |
|   | Tel.: 202.346.4000 |
| 10 | Fax: 202.346.4444 |
| 11 | Attorneys for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __8 / 9__, 2013

_____
HON SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF SIGNATURE**

**(N.D. Cal. General Order No. 45)**

Pursuant to N.D. Cal. General Order No. 45 § X(B), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained by all the signatories.

                                               /s/ Brooks R. Brown
                                                         (Signature)

LIBW/1873004.1      3
STIPULATION Re: Dismissal of SAC with Prejudice
AND ORDER      Case No. 3-11-cv-04869-SI

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **August 8, 2013**.

/s/ Brooks R. Brown
(Signature)